UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TARA RANIERE, NICHOL BODDEN, and MARK A. VOSBURGH, on behalf of themselves individually, and on behalf of all similarly-situated persons,

        Plaintiffs,

v.

CITIGROUP INC., CITIBANK, N.A., and CITIMORTGAGE, INC.,

        Defendants.

Civil Action No. 11 CV 2448 (RWS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Citigroup Inc., Citibank, N.A., and CitiMortgage, Inc., and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: May 3, 2011
       New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Sam S. Shaulson
    Sam S. Shaulson
    Ellyn Pearlstein
    101 Park Avenue
    New York, New York 10178
    Tel: (212) 309-6718
    Fax: (212) 309-6001
    sshaulson@morganlewis.com
    epearlstein@morganlews.com

Attorneys for Defendants
Citigroup Inc., Citibank, N.A., and
CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by ECF and regular mail a true and correct copy of Defendants' Notice of Appearance on this 3rd day of May, 2011, on:

>Thompson Wigdor & Gilly LLP
>Scott B. Gully, Esq.
>Douglas H. Wigdor, Esq.
>85 Fifth Avenue, Fifth Floor
>New York, New York 10003
>(212) 257-6800

>/s/ Ellyn Pearlstein
>Ellyn Pearlstein