UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA RANIERE, NICHOL BODDEN, and MARK A. VOSBURGH, on behalf of themselves individually, and on behalf of all similarly-situated persons,<br><br>                Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CITIBANK, N.A., and CITIMORTGAGE, INC.,<br><br>                Defendants. | Civil Action No. 11 CV 2448 (RWS) |

## NOTICE OF MOTION

TO:    Thompson Wigdor & Gilly LLP
         Scott B. Gully, Esq.
         Douglas H. Wigdor, Esq.
         85 Fifth Avenue, Fifth Floor
         New York, New York 10003
         (212) 257-6800

        PLEASE TAKE NOTICE that on Wednesday June 1, 2011, Defendants Citigroup Inc., Citibank, N.A., and CitiMortgage, Inc., by and through their attorneys, Morgan, Lewis & Bockius LLP, will move before The Honorable Robert W. Sweet, United States District Court for the Southern District of New, for an order granting Defendants' Motion to Dismiss or, in the Alternative, to Transfer or Stay.

Dated: May 3, 2011  MORGAN, LEWIS & BOCKIUS LLP
       New York, New York

By:   /s/ Sam S. Shaulson
       Sam S. Shaulson
       Ellyn Pearlstein
       101 Park Avenue
       New York, New York 10178
       Tel: (212) 309-6718
       Fax: (212) 309-6001
       sshaulson@morganlewis.com
       epearlstein@morganlews.com

Attorneys for Defendants
Citigroup Inc., Citibank, N.A., and
CitiMortgage, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by ECF and regular mail true and correct copies of Defendants' Notice of Motion for Defendants' Motion to Dismiss or, in the Alternative, to Transfer or Stay, Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss or, in the Alternative, to Transfer or Stay and Declaration of Sam S. Shaulson, this 3rd day of May, 2011, on:

>Thompson Wigdor & Gilly LLP
>Scott B. Gully, Esq.
>Douglas H. Wigdor, Esq.
>85 Fifth Avenue, Fifth Floor
>New York, New York 10003
>(212) 257-6800

>/s/ Ellyn Pearlstein
>Ellyn Pearlstein