UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

TARA RANIERE,
NICHOLAS BODDEN, and
MARK A. VOSBURGH, on behalf of themselves
and all similarly-situated persons

                                                                11 Civ. 2448 (RWS)

          Plaintiffs,

  - against -                                  O R D E R

CITIGROUP INC.
CITIBANK, N.A., and
CITIMORTGAGE, INC.,

                         Defendants.

-------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/11

**Sweet, D.J.**

        Defendants' Motion to Dismiss or, in the Alternative, to Transfer or Stay, dated May 3, will be heard at noon on Wednesday, June 1, 2011, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**May 5, 2011**

                                                     ROBERT W. SWEET
                                                         U.S.D.J.