# Exhibit 2

Sample_Report_EN

# 2011 U.S. Employee Handbook Acknowledgement Receipt

Citi-UC 414

When you click on the "**I Acknowledge**" button below, you are acknowledging that:

- You have opened the e-mail that directed you to this Web site.
- You have received the Web link to the Employee Handbook.
- You understand that it's your obligation to read the Handbook and become familiar with i terms.

- Appended to the Handbook is an Employment Arbitration Policy as well as the "Principle of Employment" that require you to subject employment-related disputes to binding arbitration (See Appendix A and Appendix D). You understand that it is your obligation to read these documents carefully, and that no provision in this Handbook or elsewhere is intended to constitute a waiver, nor be construed to constitute a waiver, of Citi's right to compel arbitration of employment-related disputes.

- <u>WITH THE EXCEPTION OF THE EMPLOYMENT ARBITRATION POLICY, YOU UNDERSTAND THAT NOTHING CONTAINED IN THIS HANDBOOK, NOR THE HANDBOOK ITSELF, IS CONSIDERED A CONTRACT OF EMPLOYMENT. IN ADDITION, NOTHING IN THIS HANDBOOK CONSTITUTES A GUARANTEE THAT YOUR EMPLOYMENT WILL CONTINUE FOR ANY SPECIFIED PERIOD OF TIME. YOU UNDERSTAND THAT YOUR EMPLOYMENT WITH CITI IS AT-WILL, WHICH MEANS IT CAN BE TERMINATED BY YOU OR CITI AT ANY TIME, WITH OR WITHOUT NOTICE, FOR NO REASON OR ANY REASON NOT OTHERWISE PROHIBITED BY LAW.</u>

Please click the "**I Acknowledge**" button below. Once you acknowledge, you'll have the ability to download and print your copy of the Handbook.

This form was electronically acknowledged by:

**NAME:** Bodden, Nichol
**GEID:** 0000144593
**DATE:** 1/14/2011

file:///C|/Users/cb46349/AppData/Desktop/00001445933.htm [04/20/2011 4:52:44 PM]