Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Sam S. Shaulson
212.309.6718
sshaulson@MorganLewis.com



USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 5/25/11



RECEIVED
MAY 19 2011
JUDGE SWEET CHAMBERS

May 19, 2011

**VIA FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Raniere, et al. v. Citigroup Inc., et al.*, Civil Action No.: 1:11-CV-02448-RWS

Dear Judge Sweet:

As requested by the Court's law clerk, counsel for the parties have conferred regarding the current pending motions and have agreed, subject to the Court's consent, to have oral argument on the three pending motions on June 6. The parties propose the following modified briefing schedule on Defendants' motion to compel arbitration and Plaintiffs' motion for certification under the Fair Labor Standards Act:

| | |
|---|---|
| May 24 | Defendants' opposition to certification motion |
| May 26 | Plaintiffs' opposition to motion to compel |
| June 1 | Plaintiffs' reply on certification motion |
| June 2 | Defendants' reply on motion to compel |
| June 6 | Hearing on three pending motions |

If this schedule is acceptable to the Court, a so ordered line is provided below for the Court's

**Morgan Lewis**
COUNSELORS AT LAW

May 19, 2011
Page 2

convenience. We appreciate the Court's time and attention to this matter.

Respectfully,

*/s/ Sam S. Shaulson*
Sam S. Shaulson

cc: Scott B. Gilly (via facsimile)
David E. Gottlieb (via facsimile)

So Ordered:

*/s/* Sweet, J.
5-24-11