UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TARA RANIERE, NICHOL BODDEN, and
MARK A. VOSBURGH
on behalf of themselves individually,
and on behalf of all similarly-situated persons,

                            Plaintiffs,    :  Civil Action No.:
                                         :  11-cv-2448 (RWS) (AJP)

       v.

                                         :  **Notice of Consent**

CITIGROUP INC., CITIBANK, N.A., and
CITIMORTGAGE INC.,

                            Defendants.

-----------------------------------------------------------------X

      I hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Citigroup Inc., Citibank, N.A., and/or CitiMortgage Inc. for Defendants' alleged violations of the Fair Labor Standards Act, and designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit.

      I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:        Bissera Paskaleva

Address:     800 Parkview Dr #514
                Hallandale, Fl. 33009

Telephone:  786-546-2580

Signature:   [signature]

Date:        07-20-2011