UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
TARA RANIERE, NICHOL BODDEN, and :
MARK A. VOSBURGH, on behalf of :  CIVIL ACTION NO. 11 Civ. 2448
themselves Individually, and on behalf of all :
similarly situated persons, : **NOTICE OF APPEAL**
:
　　　　　Plaintiffs, :
:
　-against- :
:
CITIGROUP INC., CITIBANK, N.A., and :
CITIMORTGAGE, INC., :
:
　　　　　Defendants. :
:
------------------------------------------------------- X



    Notice is hereby given that Defendants CITIGROUP INC., CITIBANK, N.A., and CITIMORTGAGE, INC. (collectively, "Citi") hereby appeal to the United States Court of Appeals for the Second Circuit from an opinion and order in this action entered on November 22, 2011 that, among other things, denied Citi's motion under the Federal Arbitration Act to compel arbitration and to stay proceedings.

Dated: New York, NY　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　December 13, 2011

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Sam S. Shaulson, Esq.
　　　　　　　　　　　　　　　　　　　　sshaulson@morganlewis.com
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10178-0060
　　　　　　　　　　　　　　　　　　　　212.309.6718
　　　　　　　　　　　　　　　　　　　　212.309.6001

　　　　　　　　　　　　　　　　　　Attorneys for Defendants

DB1/ 68684053.1