UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARA RANIERE, NICHOL BODDEN, and MARK A. VOSBURGH, on behalf of themselves individually, and on behalf of all similarly-situated employees, v. CITIGROUP INC., CITIBANK, N.A., and CITIMORTGAGE, INC.,

Defendants.

Civil Action No

I hereby consent to join as a plaintiff in the above-named case seeking damages and other relief that may be appropriate against CITIGROUP INC., CITIBANK, N.A., and/or CITIMORTGAGE INC. for their alleged violations of the Fair Labor Standards Act, and designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit. I understand that by filing this Plaintiff Consent Form, I will be bound by the judgment of the Court on all issues in the case. I understand that if I do not wish to join the lawsuit or to be represented by the named plaintiffs' counsel, I should not return this form.

Print Name: Jeannette Mayes
Address: 238 E Evergreen Ave
City, State, Zip Code: Monrovia CA 91016
Phone Number: 818 687-9935
Email Address: hager.blue12@yahoo.com

Signature: [signature]
Date: 2/14/12

Mail, Fax, or E-mail to:

Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003
Phone: (212) 257-6800
Fax: (212) 257-6845
overtime@thompsonwigdor.com