**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

TARA RANIERE, NICHOL BODDEN, MARK A. VOSBURGH, STEVEN HUMPHRIES, MARY LARA, and BILL FARMER, on behalf of themselves individually, and on behalf of all, similarly-situated persons,

                      Plaintiffs,

    v.

CITIGROUP INC., CITIBANK, N.A., and CITIMORTGAGE INC.,

                      Defendants.

------------------------------------------------------------------X

Civil Action
No. 11-cv-2448 (RWS) (AJP)

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law and the Declaration of David E. Gottlieb and exhibits attached thereto, Plaintiffs Tara Raniere, Nichol Bodden, Mark A. Vosburgh, Steven Humphries, Mary Lara and Bill Farmer, will move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time set at the Court's earliest convenience, to respectfully request an order granting preliminary approval of the final settlement agreement and release.

Dated: October 31, 2014
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Douglas H. Wigdor
    David E. Gottlieb

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
dgottlieb@wigdorlaw.com
*Attorneys for Plaintiffs and Proposed Class Counsel*