UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TARA RANIERE, NICHOL BODDEN, MARK A.
VOSBURGH, STEVEN HUMPHRIES, MARY LARA,
and BILL FARMER, on behalf of themselves
individually, and on behalf of all,
similarly-situated persons;

                    Plaintiffs,

         - against -

CITIGROUP INC., CITIBANK, N.A., and
CITIMORTGAGE INC.;

                    Defendants.

----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/14
```

11 Civ. 2448 (RWS)

O R D E R

**Sweet, D.J.**


          Plaintiffs' motion for an order granting preliminary

approval of a final settlement agreement and release, dated

October 31, 2014 (Dkt. No. 157), will be heard at noon on

Wednesday, November 19, 2014 in Courtroom 18C, United States

Courthouse, 500 Pearl Street.


          It is so ordered.


**New York, NY**
**November 3, 2014**

                              _____
                                   ROBERT W. SWEET
                                     U.S.D.J.